IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL PETE ISHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-103-PRW |
| STEPHENS COUNTY DETENTION CENTER, | ) |
| Defendant. | ) |

# ORDER

Before the Court is Magistrate Judge Shon T. Erwin's Report and Recommendation (Dkt. 6), recommending that this action be dismissed without prejudice.

Plaintiff, proceeding pro se, filed his Complaint (Dkt. 1) on January 29, 2024, together with a Motion for Leave to Proceed In Forma Pauperis (Dkt. 2). Magistrate Judge Erwin identified several problems with the Motion and ordered Plaintiff to cure the deficiencies (Dkt. 5). Plaintiff did not respond to Judge Erwin's Order.

On February 22, 2024, Judge Erwin filed his Report and Recommendation (Dkt. 6), recommending that this action be dismissed without prejudice for failure to comply with the Court's orders. Plaintiff filed no objection to the Report.

Having reviewed the matter *de novo*, the Court **ADOPTS** the Report and Recommendation (Dkt. 6). This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with orders of the Court.

1

2

**IT IS SO ORDERED** this 31st day of May 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE